# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| RUSSELL ALBERT CARLINE, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 11-1350-JAR |
| ARAMARK FOODS, INC., ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendant ARAMARK Correctional Services, Inc.[1] removed this case from the District Court of Butler County, Kansas on November 14, 2011, by filing its Notice of Removal Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.[2] Plaintiff filed a Motion to Strike (Doc. 6) on December 14, 2011. Because the motion seeks to strike all filings and orders in this removed action and asked that the action be dismissed as "being in error," the Court treated the motion as a motion to dismiss. On January 6, 2012, Plaintiff filed a notice of voluntary dismissal (Doc. 7), asking the Court to withdraw his Complaint against ARAMARK, effective immediately.

Fed. R. Civ. P. 41(a)(2) provides that the Court may dismiss an action at the plaintiff's request, on terms that the court considers proper. Defendant has filed an Answer, but has not filed any counterclaims in this action. Defendant has not responded to the motion to dismiss or to the notice of voluntary dismissal. The Court is therefore dismissing this action pursuant to Fed. R. Civ. P. 41(a)(2), without prejudice.

---

[1] Defendant notes that its correct name is ARAMARK Correctional Services, Inc., not ARAMARK Foods, Inc., as set forth in the Petition.

[2] Doc. 1.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion to Strike (Doc. 6) is **DENIED as MOOT.**

**IT IS FURTHER ORDERED BY THE COURT** that this case shall be **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**Dated: January 23, 2012**

                                              S/ Julie A. Robinson
                                              **JULIE A. ROBINSON**
                                              **UNITED STATES DISTRICT JUDGE**